# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

United States of America )
v. )
James Keith Bryant ) Case No: 5:95-CR-149-2H
)
) USM No: 15933-056

Date of Original Judgment: February 14, 1996 )
Date of Previous Amended Judgment: September 10, 2009 ) Robert E. Waters
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 292 months **is reduced to** 235 months in Count 1.

The sentence in Count 2 remains 60 months, consecutive, resulting in a total sentence of 295 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated February 14, 1996, and September 10, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 10/15/15

*Judge's signature*

Effective Date: November 1, 2015           Malcolm J. Howard, Senior U.S. District Judge
*(if different from order date)*           *Printed name and title*

EDNC Rev. 11/8/2011