UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James Bryant**                                    **Docket No. 5:95-CR-149-2H**

### Petition for Action on Supervised Release

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Bryant, who, upon an earlier plea of guilty to Conspiracy to Possess with the Intent to Distribute Cocaine Base (Crack), in violation of, 21 U.S.C. § 846; and Use of a Firearm During and in Relation to a Drug Trafficking Offense, in violation of, 18 U.S.C. § 924(c)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on February 14, 1996, to the custody of the Bureau of Prisons for a term of 420 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

James Bryant was released from custody on February 1, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The court ordered that this offender would be required to pay a fine in the amount of $20,000, with the entire balance due during the term of supervision. To date, this offender has not made payment, but has agreed to begin paying installments in the amount of $25.00 monthly as this is what the offender can reasonably commit to monthly.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. Pay financial obligation at a rate of $25.00 per month, which will change the courts requirement of the entire financial imposition being due during the term of supervision.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ David W. Leake                        /s/ Mark Culp
David W. Leake                            Mark Culp
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          150 Rowan Street Suite 110
                                          Fayetteville, NC 28301
                                          Phone: 910-354-2543
                                          Executed On: September 5, 2019

## ORDER OF THE COURT

Considered and ordered this _____ day of _____, 2019, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge